UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 15  1 07 PM '03

US DISTRICT COURT
NEW HAVEN, CONN.

JEFFREY CROOM
*Plaintiff,*

v.

WESTERN CONNECTICUT
STATE UNIVERSITY
*Defendant*

CIV. NO. 3:00CV1805(PCD)

October 14, 2003

## MOTION FOR COSTS

Judgment in this matter was entered on December 17, 2002 (Doc. # 137). Plaintiff filed a Motion for Reconsideration on January 2, 2003. (Doc. # 138) Plaintiff's motion for reconsideration was granted, but the Honorable United States District Court Judge Peter C. Dorsey adhered to his prior ruling of December 12, 2002 in granting summary judgment for the defendant. (Doc. # 143) The plaintiff filed a timely appeal to the United States Court of Appeals for the Second Circuit on January 15, 2003 (Doc. # 140). Oral argument was heard on October 1, 2003 with the Second Circuit issuing a Summary Order affirming the District Court's granting of summary judgment. (Copy attached). Pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54 of the Local Rules of Civil Procedure, the defendant, who is the prevailing party in the above-captioned case, respectfully requests that the court assess costs in this action consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B. The actual amounts paid have, in applicable situations, been reduced to reflect the maximum allowable transcript rate, $3.75 per page, pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures" and to omit any charges for shipping and handling.

DEFENDANTS
WESTERN CONNECTICUT
STATE UNIVERSITY

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar No. ct 21487
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-mail address:
Joseph.Jordano@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing **Motion for Costs** with exhibits A and B attached was mailed, U.S. mail first class postage prepaid, this 14th day of October, 2003 to all counsel of record.

Jerry V. Leaphart, Esq.
Leaphart & Associates
Leed Professional Building
155 Main Street, Suite 201
Danbury, CT 06810
Tel.: (203) 825-6265

_____
Joseph A. Jordano
Assistant Attorney General

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

# SUMMARY ORDER

**THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 9th day of October, two thousand and three.

PRESENT:

       HON. ROGER J. MINER,
       HON. GUIDO CALABRESI,
       HON. CHESTER J. STRAUB,
              *Circuit Judges.*

---

JEFFREY L. CROOM,
    *Plaintiff-Appellant,*

    v.                                          No. 03-7085

WESTERN CONNECTICUT STATE UNIVERSITY,
    *Defendant-Appellee.*

---

| | |
|---|---|
| For Plaintiff-Appellant: | JERRY V. LEAPHART, Jerry V. Leaphart & Associates, P.C., Danbury, CT |
| For Defendant-Appellee: | JOSEPH A. JORDANO, Assistant Attorney General, *for* Richard Blumenthal, Attorney General (Eleanor May Mullen, Assistant Attorney General, *on the brief*), Hartford, CT |

1

Appeal from the United States District Court for the District of Connecticut (Dorsey, *J.*).

---

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court is **AFFIRMED**.

---

Plaintiff Jeffrey L. Croom, an African-American man in his late forties, brought suit against his former employer, Western Connecticut State University ("Western"), for race discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, and age discrimination in violation of Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621 *et seq*. Plaintiff worked for Western for over seven years as an Assistant to the Director of Housing, Resident Director, until he resigned on July 20, 1999. His complaint alleged that Western denied him a promotion and constructively discharged him on account of his race and age.

On December 12, 2002, the district court (Dorsey, *J.*) granted Western's motion for summary judgment. On February 6, 2003, the district court granted Plaintiff's motion for reconsideration, but, after reconsidering, adhered to its prior decision.

We review a district court's ruling on a motion for summary judgment de novo, examining the evidence in the light most favorable to, and drawing all inferences in favor of, the nonmoving party. *Hotel Employees & Rest. Employees Union, Local 100 of N.Y. v. City of New York Dep't of Parks & Recreation*, 311 F.3d 534, 543 (2d Cir. 2002). "[A] plaintiff asserting an employment discrimination claim has the burden at the outset of presenting evidence sufficient to establish a prima facie case of discrimination." *Cronin v. Aetna Life Ins. Co.*, 46 F.3d 196, 203 (2d Cir.

2

1    1995). To establish a prima facie case, Plaintiff must show that: 1) he is a member of a protected

2    class; 2) he is qualified for his position or qualified for the potential promotion; 3) he suffered an

3    adverse employment action; and 4) the circumstances give rise to an inference of discrimination.

4    *See Weinstock v. Columbia Univ.*, 224 F.3d 33, 42 (2d Cir. 2000). Upon carefully reviewing the

5    record, we agree with the district court's determination that Plaintiff did not make out a prima

6    facie case.

7    First, Plaintiff failed to establish an "adverse employment action" based on a constructive

8    discharge theory because no rational juror could find that Western intentionally created working

9    conditions that were so "difficult or unpleasant that a reasonable person in the employee's shoes

10   would have felt compelled to resign." *Chertkova v. Conn. Gen. Life Ins. Co.*, 92 F.3d 81, 89 (2d

11   Cir. 1996) (internal quotation marks omitted).

12   Second, while Western's decision not to promote Plaintiff to the position of Director of

13   Pre-Collegiate and Access Services qualifies as an "adverse employment action," and while the

14   fact that the person who was selected for the position was not an African American (he was

15   Hispanic) may suffice to satisfy Plaintiff's *de minimis* burden of establishing the fourth prong of a

16   prima facie case, *see Farias v. Instructional Sys., Inc.*, 259 F.3d 91, 98 (2d Cir. 2001) (the fourth

17   prong may be satisfied by showing "the ultimate filling of the position with an individual who is

18   not a member of the protected class"), Western offered a non-discriminatory explanation for the

19   choice that was based on the applicants' levels of experience. Because Plaintiff failed to proffer

20   evidence "from which a fact-finder could reasonably conclude that [Western's] reason was

21   pretextual and that the real reason was discrimination," *Brennan v. Metro. Opera Ass'n, Inc.*, 192

22   F.3d 310, 317 (2d Cir. 1999), the district court's grant of summary judgment was proper, *id.* at

1.  318.

2.  We have considered all of Plaintiff's claims and find them to be without merit.

3.  Accordingly, we AFFIRM the judgment of the district court.

4.
5.
6.                                              For the Court,
7.                                              ROSEANN B. MACKECHNIE,
8.                                              Clerk of the Court
9.
10.                                             by: _____

## EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEFFREY CROOM<br>*Plaintiff,* | : | CIV. NO. 3:00CV1805(PCD) |
| v. | : | |
| WESTERN CONNECTICUT<br>STATE UNIVERSITY<br>*Defendant* | : | October 14, 2003 |

## BILL OF COSTS

1. Fees of the Court Reporter .......................................... $3,963.49
   12 Depositions - bills attached

2. Expert Witness Fee.....................................  756.25
   1 Expert witness – bill attached

   **TOTAL**                                            **$4,719.74**

3

# Brandon Smith Reporting Service, LLC

11-A Capitol Ave.
Hartford, CT 06106
860-549-1850
Tax ID # 06-144-8649

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/8/2002 | 963161 |

**BILL TO**
Office of the Attorney General
Eleanor M. Mullen, esq.
55 Elm Street
Hartford, Ct. 06106

**SHIP TO**

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
|  | Net 30 | Mullen |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | In re; Jeffrey Croom vs. Western Connecticut State University<br>Depo of: Jeffrey L. Croom<br>12/21/01 |  |  |
| 105 | Transcript pages: Original | 3.95 | 414.75 |
|  | Appearance | 59.00 | 59.00 |

Kelly Cline

**Total** $473.75

Please return one copy with your payment. We accept Mastercard, Visa, American Express.

**Brandon Smith Reporting Service, LLC**

11-A Capitol Ave.
Hartford, CT 06106
860-549-1850
Tax ID # 06-144-8649

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/5/2002 | 963550 |

| BILL TO | SHIP TO |
|---|---|
| Office of the Attorney General<br>Eleanor M. Mullen, esq.<br>55 Elm Street<br>Hartford, Ct. 06106 | |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | Net 30 | Mullen |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | In re: Jeffrey L. Croom vs. Western Connecticut State University<br>Depo of: Jeffrey L. Croom<br>1/17/02 | | |
| 121 | Transcript pages: Original and 2 copies | 3.95 | 477.95 |
| | Appearance | 75.00 | 75.00 |

Kirsten Telhiard

RECEIVED FEB - 5 2002 ATTORNEY GENERAL'S OFFICE

**Total** $552.95

Please return one copy with your payment. We accept Mastercard, Visa, American Express.

# Greater Danbury Court Reporters

100 Mill Plain Road; PO Box 354
Danbury, Connecticut 06813

Tax ID 06-1358256

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/6/2002 | 2131 |

**BILL TO**

Attorney General of the State of Conn
55 Elm Street
Hartford, CT 06106-1774

Attn: E. M. Mullen, Esq.

*Sent to Terri Rice 2/6/02*

| DESCRIPTION | AMOUNT |
|---|---|
| RE: Croom v WCSU | |
| Copy Deposition of DARYLE J. DENNIS, 164 pages; CONSTANCE WILDS, 192 pages; BARBARA BARNWELL, 74 pages | 752.50T |
| Postage | 12.00 |
| Sales Tax | 45.15 |

*Approved for payment
Eleanor May Mullen*

RECEIVED FEB - 8 2002 ATTORNEY GENERAL'S OFFICE

**Total** $809.65

**Greater Danbury Court Reporters**

100 Mill Plain Road; PO Box 354
Danbury, Connecticut 06813

Tax ID 06-1358256

*EM* **Invoice**

| DATE | INVOICE # |
|---|---|
| 2/11/2002 | 2134 |

**BILL TO**

Attorney General of the State of Conn
55 Elm Street
Hartford, CT 06106-1774

Attn: E. M. Mullen, Esq.

| DESCRIPTION | AMOUNT |
|---|---|
| RE: Croom v WCSU | |
| Copy of Deposition of JOHN N. WALLACE, 158 pages, held 1/18/02 | 274.75T |
| Postage (Ovenite) | 12.00 |
| Sales Tax | 16.49 |

*approved*
*Edwinn May Mullen*

RECEIVED FEB 1 3 2002 11:00 ATTORNEY GENERAL'S OFFICE

**Total** $303.24

Thank you for your business.

EM

# Invoice

**Greater Danbury Court Reporters**

100 Mill Plain Road; PO Box 354
Danbury, Connecticut  06813

| DATE | INVOICE # |
|---|---|
| 2/28/2002 | 2144 |

Tax ID 06-1358256

| BILL TO |
|---|
| Attorney General of the State of Conn<br>55 Elm Street<br>Hartford, CT 06106-1774<br><br>Attn:  E. M. Mullen, Esq. |



RECEIVED MAR - 1 2002 ATTORNEY GENERAL'S OFFICE

| DESCRIPTION | AMOUNT |
|---|---|
| RE:  Croom v WCSU | |
| Copy of Deposition of HENRY G. TRITTER, 159 pags, held 2/18/02. | 278.25T |
| Subtotal | 278.25 |
| Exhibit copies, 141 pages, 1 copy | 21.15 |
| Sales Tax | 16.70 |

**Total**  $316.10

Thank you for your business.

ЄM

# Invoice

**Greater Danbury Court Reporters**

100 Mill Plain Road; PO Box 354
Danbury, Connecticut 06813

Tax ID 06-1358256

| DATE | INVOICE # |
|---|---|
| 4/22/2002 | 2178 |

**BILL TO**

Eleanor M. Mullen, Esq.
Assistant Attorney General
55 Elm Street
Hartford, CT 06106-1774

| DESCRIPTION | AMOUNT |
|---|---|
| RE: Croom v WCSU | |
| Copy of Deposition of JAMES R. ROACH, 181 pages, (expedited) | 572.00T |
| Sales Tax | 34.32 |

*approved for payment*
*Eleanor Mullen*

| | Total | $606.32 |
|---|---|---|

1-2-03

| TO: | OFFICE OF ATTORNEY GENERAL OF CONNECTICUT (Patty Sullivan) | | |
|---|---|---|---|
| RE: | CROOM V. CONNECTICUT STATE UNIVERSITY | **J. H. BUEHRER & ASSOCIATES**<br>CERTIFIED SHORTHAND REPORTERS<br>17 ACADEMY STREET<br>SUITE 609<br>NEWARK, N.J. 07102<br><br>(973) 623-1974<br>FED. ID # 22-1500366 | |
| | | REPORTER: LC | |
| Hearing Date: 5-3-02 | ATTENDANCE AT: Newark, N.J.<br><br>TRANSCRIPT: 152 pgs.<br>Paid in full on 8-12-02 | | $695.00 |

**Greater Danbury Court Reporters**

100 Mill Plain Road; PO Box 354
Danbury, Connecticut 06813

Tax ID 06-1358256

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/18/2002 | 2195 |

**BILL TO**

Eleanor M. Mullen, Esq.
Assistant Attorney General
55 Elm Street
Hartford, CT 06106-1774

| DESCRIPTION | AMOUNT |
|---|---|
| RE: Croom v WCSU | |
| Copy of Depositions of WILLIAM CIBES, JR., 46 pages, held 5/7/02; ERNIE MARQUEZ, 51 pages, BARBARA BARNWELL, 119, held 5/10/02 | 378.00T |
| Subtotal | 378.00 |
| Postage | 6.50 |
| Sales Tax | 22.68 |

*Approved*
*Eleanor May Mullen*

*Sent to WCSU 5/23/02*

RECEIVED MAY 20 2002

| | Total | $407.18 |
|---|---|---|

*...u for your business.*

**ERVIN SCHOENBLUM**
40 MANDEVILLE DRIVE
WAYNE, NEW JERSEY 07470

(973) 696-7682

INVOICE

May 6, 2002

Eleanor May Mullen, Esq.
Assistant Attorney General
Office of the Attorney General
State of Connecticut
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120

Re:  Jeffrey L. Croom v. Western Connecticut State University
     Civil Action No. 3:00-CV-1805 (PCD)

This invoice is for your taking my deposition in the above-captioned matter on May 3, 2002 at William Paterson University in Wayne, NJ.

   Fee:  2-3/4 hours @ $275/hour .................... $756.25

   Expenses:  None                                       0.00
                                                     ─────────
                                   Total             $756.25
                                                     ═════════

A timely payment of the total would be appreciated.

*[signed] Ervin Schoenblum*

cc:  Jerry V. Leaphart, Esq.

*Approved For Payment*
*Eleanor May Mullen*

EXHIBIT B

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY CROOM<br>*Plaintiff,* | : CIV. NO. 3:00CV1805(PCD)<br>:<br>: |
| v. | : |
| WESTERN CONNECTICUT<br>STATE UNIVERSITY<br>*Defendant* | :<br>: October 14, 2003<br>: |

### CERTIFICATION

I, Joseph A. Jordano, an Assistant Attorney General for the State of Connecticut, hereby certify that the foregoing costs were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the costs spent by defendants in preparation of trial, preliminary injunction hearing and/or the motion for summary judgment filed in this case.

_____
Joseph A. Jordano
Assistant Attorney General

Subscribed and sworn to before me by the above affiant on this the 14th day of October, 2003.

_____
Notary Public/~~Commissioner of the Superior Court~~

LEONARD AUSTER
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JAN. 31, 2004

4