UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JEFFREY L. CROOM,                :
                                 :
        Plaintiff,               :   CIVIL NO.
                                 :   3:00CV1805 (PCD)
    V.                           :
                                 :
WESTERN CONNECTICUT STATE        :
UNIVERSITY,                      :   JANUARY 6, 2004
                                 :
        Defendant.               :

### PLAINTIFF'S OPPOSITION TO
### RULING ON DEFENDANT'S MOTION FOR COSTS

Pursuant to Local Rule 54(d), the plaintiff in the above matter, by his attorney, Jerry V. Leaphart of Jerry V. Leaphart & Assoc., P.C., hereby objects to the ruling of defendant's Motion for Costs.

Plaintiff filed his objections to defendant's motion for costs together with an affirmation of plaintiff's attorney dated October 23, 2003.  Said affirmation contained the following reasons that defendant's motion should be denied:

(a)  defendant did not comply with L.R.Civ.P. 17(c)(2)(ii) and (vii); and/or

(b) defendant's deponents engaged in misconduct; and/or

(c) plaintiff was required to file for bankruptcy and is unable to pay the costs.

The court's ruling contains 13 paragraphs. Paragraph 1 of the said ruling acknowledges that plaintiff filed an opposition to the defendant's motion for costs. Paragraphs 2 through 13 reference defendant's motion for costs with no mention or reference whatsoever to any of plaintiff's objections, much less an assessment of whether and to what extent they either refuted, or not, the asserted basis for defendant's motion.

Plaintiff's objection stated that some of the defendant's employees engaged in misconduct based on questions that deponents refused to answer and contradictory statements made by some deponents. Examples of said misconduct were attached to plaintiff's affirmation dated October 23, 2003 as Exhibit B. The court does not comment on plaintiff's allegations concerning defendant's request for deposition costs.

The ruling also allows for the plaintiff to pay defendant's costs totaling $3,982.34 when plaintiff has substantiated his claims of filing for bankruptcy in Exhibit C attached to plaintiff's affirmation dated October

23, 2003. The court does not comment on whether this issue was considered, much less its applicability to entitlement to costs.

For the above reasons, the court's ruling should be reversed and set aside.

Dated: January 6, 2004
Danbury, CT

                                        THE PLAINTIFF

By _____
Jerry V. Leaphart ct17185
JERRY V. LEAPHART & ASSOC., PC
8 West Street, Suite 203
Danbury, CT 06810
(203) 825-6265

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Plaintiff's Opposition to Ruling on Defendant's Motion for Costs was mailed, postage prepaid, this 6th day of January 2004 to the following:

Joseph A. Jordano, Esq.
Assistant Attorney General
State of Connecticut
Office of the Attorney General
Post Office Box 120
55 Elm Street
Hartford, CT 06141-0120

_____
Jerry V. Leaphart

winword/jcroom/appeal/
10504oppotoruling.doc

4